AO 245D (Rev. 11/16) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

Western District of Arkansas

UNITED STATES OF AMERICA
v.

LUIS ANTONIO SORIA A/K/A "SOSA"

**Judgment in a Criminal Case**
(For **Revocation** of Probation or Supervised Release)

Case No. 5:25CR50095-001
USM No. 95787-510

Kevin Lammers
Defendant's Attorney

**THE DEFENDANT:**

☒ admitted guilt to violation of condition(s) 1, 2, 5, 6, 9, 10 (in part), and 11 of the term of supervision.

☒ was found in violation of condition(s) count(s) 3, 4, 7, 8, and 10 after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Mandatory Condition #1: New Law Violation | 09/29/2025 |
| 2 | Mandatory Condition #3: Unlawful Use of a Controlled Substance | 10/06/2025 |
| 3 | Mandatory Condition #3: Unlawful Use of a Controlled Substance<br>Special Condition #2: Participate in Drug Testing | 03/05/2026 |
| 4 | Special Condition #2: Participate in Drug Testing | 04/15/2026 |
| 5 | Special Condition #2: Participate in Drug Testing | 05/07/2026 |
| 6 | Mandatory Condition #3: Unlawful Use of a Controlled Substance | 05/08/2026 |
| 7 | Mandatory Condition #3: Unlawful Use of a Controlled Substance | 07/29/2026 |
| 8 | Mandatory Condition #3: Unlawful Use of a Controlled Substance | 08/10/2026 |
| 9 | Mandatory Condition #3: Unlawful Use of a Controlled Substance | 08/11/2026 |
| 10 | Mandatory Condition #3: Unlawful Use of a Controlled Substance | 08/26/2026 |
| 11 | Mandatory Condition #3: Unlawful Use of a Controlled Substance | 08/26/2026 |

The defendant is sentenced as provided on page 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) ________ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 0380

Defendant's Year of Birth: 2002

City and State of Defendant's Residence:
Brownsville, Texas

September 18, 2026
Date of Imposition of Judgment

[signature]
Signature of Judge

Honorable Timothy L. Brooks, Chief United States District Judge
Name and Title of Judge

September 22nd, 2026
Date

DEFENDANT: LUIS ANTONIO SORIA A/K/A "SOSA"
CASE NUMBER: 5:25CR50095-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:

**twelve (12) months imprisonment. There will be no term of supervised release to follow.**

☒ The court makes the following recommendations to the Bureau of Prisons:

**That the defendant be enrolled in whatever level of drug treatment that is appropriate during his term of his imprisonment.**

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

- ☐ at ______________ ☐ a.m. ☐ p.m. on ______________ .
- ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

- ☐ before 2 p.m. on ______________ .
- ☐ as notified by the United States Marshal.
- ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_______________________________________________

_______________________________________________

_______________________________________________

Defendant delivered on ______________ to ______________

at ______________ with a certified copy of this judgment.

______________________________
UNITED STATES MARSHAL

By ______________________________